### 72 P.(2d) 9

**WITTMER OIL & GAS PROPERTIES, Appellee, v. Frank VESELY, Commissioner of Public Lands of the State of New Mexico, Appellant.**

**No. 4227.**

Supreme Court of New Mexico.

Sept. 29, 1937.

Carl B. Livingston, of Santa Fé, for appellant.

Mariot Murphy, of Santa Fé, for appellee.

BRICE, Justice.

This is a companion case to Staplin v. Vesely, Commissioner, 41 N.M. 543, 72 P. (2d) 7, this day decided; the issues are identical, and it is reversed and remanded,

with instructions to dismiss for the reasons stated in our opinion in said cause.

It is so ordered.

HUDSPETH, C. J., and SADLER, BICKLEY, and ZINN, JJ., concur.